B3A (Official Form 3A) (12/07)

# United States Bankruptcy Court
# Eastern District of Michigan

In re **Alvin Deon Cranford / Leona Renae Cranford**  Case No. **10-52708**
Debtor(s)  Chapter **7**

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☒ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☒ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ 100.00  Check one    ☒ With the filing of the petition, or
                       ☐ On or before _____

$ 100.00  on or before    05/17/2010

$  99.00  on or before    06/17/2010

$ _____ on or before _____

☒ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

Signed on April 20, 2010

_/s/ Phillip J. Shefferly_
Phillip J. Shefferly
United States Bankruptcy Judge