BK Attorney Services, LLC
BK Attorney Services, LLC
PO Box 1028
Davenport, WA 99122

# CERTIFICATE OF SERVICE

DATE RECEIVED: Apr 30, 2010　　　TIME RECEIVED: 11:03AM　　　TOTAL SERVED: 2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:　　Alvin Deon Cranford　　　　　　　　　　CASE NO: 10-52708
　　　　　Leona Renae Cranford

　　　　　　　　　　　　　　　　　　　　　　　　CERTIFICATE OF SERVICE

ATTORNEY/TRUSTEE:　Robert Keyes
ADDRESS　　　　　　300 North Huron
　　　　　　　　　　Ypsilantti, MI 48197

On Friday, April 30, 2010, a copy of the following documents, described below,

**B9A Meeting of Creditors**

were deposited for delivery by the United States Postal Service, via first class United States Mail, postage prepaid, first class, with sufficient postage thereon to the parties listed on the mailing list attached hereto and incorporated as though fully set forth herein.

The undersigned does hereby declare under penalty of perjury that I have served the above referenced document(s) on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: April 30, 2010

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Jessica Freeze
　　　　　　　　　　　　　　　　　　BK Attorney Services, LLC
　　　　　　　　　　　　　　　　　　An Authorized Notice Provider for
　　　　　　　　　　　　　　　　　　the United States Bankruptcy Courts

*Certificate of Service*

Advance America
2079 Rawsonville Road
Belleville MI 48111

Advance America
1005 Emerick Road
Ypsilanti MI 48197